**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KIMBERLEY BROCK

      Plaintiff(s),

  vs.

CLARK COUNTY SCHOOL DISTRICT, KIRSTEN SEARER

      Defendant(s).

Case #2:25-cv-01991-ART-NJK

**ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Courtney Corbello_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Center for American Liberty_____
(firm name)

with offices at _____2145 14th Avenue, Suite 8_____,
(street address)

___Vero Beach___, ___Florida___, ___32960___,
(city) (state) (zip code)

___(703) 687-6200___, ___CCorbello@LibertyCenter.org___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Kimberley Brock_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>November 6, 2015</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Texas</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Texas__ )
COUNTY OF __Williamson__ )

___Courtney Corbello___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21st__ day of __October__, __2025__.

_____
Notary Public or Clerk of Court

STEPHEN REDDY
Notary Public, State of Texas
Comm. Expires 10-02-2029
Notary ID 135534110

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Marc J. Randazza___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___8991 W. Flamingo Road, Suite B___,
(street address)

___Las Vegas___, ___Nevada___, ___89147___,
(city) (state) (zip code)

___(702) 420-2001___, ___ecf@randazza.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Marc J. Randazza_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kimberley Brock, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12265                    ecf@randazza.com
Bar number               Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: October 23, 2025

5

Rev. 5/16

Attachment

| Jurisdiction | Date | Bar No. |
|---|---|---|
| State of Texas | 11/6/15 | 24097533 |
| District of Columbia | 08/17/23 | 90014667 |
| US District Court of Colorado | 03/26/24 | |
| US District Court for the Northern District of Texas | 07/6/23 | |
| US District Court for the Eastern District of Texas | 06/12/17 | |
| US District Court for the Western District of Texas | 12/13/17 | |
| US District Court for the Southern District of Texas | 07/18/17 | 3089117 |
| US Court of Appeals for the Second Circuit | 07/29/25 | |
| US Court of Appeals for the Fifth Circuit | 11/29/23 | |
| US Court of Appeals for the Tenth Circuit | 12/9/24 | |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 23, 2025

Re: Courtney Brooke Corbello, State Bar Number 24097533

To Whom It May Concern:

This is to certify that Courtney Brooke Corbello was licensed to practice law in Texas on November 06, 2015, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/web





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Courtney Brooke Corbello*

was duly qualified and admitted on August 17, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 23, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.