UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KIMBERLEY BROCK

        Plaintiff(s),

vs.

CLARK COUNTY SCHOOL DISTRICT and KIRSTEN SEARER

        Defendant(s).

Case No. 2:25-cv-1991-ART-NJK

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____Joshua Wallace Dixon_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Center for American Liberty_____
(firm name)

with offices at _____2145 14th Avenue, Suite 8_____,
(street address)

_____Vero Beach_____, _____Florida_____, _____32960_____,
(city)                               (state)                          (zip code)

_____(703) 687-6200_____, _____jdixon@libertycenter.org_____.
(area code + telephone number)           (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Kimberley Brock_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>March 22, 2003</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>North Carolina</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF South Carolina     )
                            )
COUNTY OF Charleston        )

____Joshua Wallace Dixon____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

23rd day of October 2025

_____
Notary Public or Clerk of Court

Notary Public for the State of South Carolina

My Commission Expires: April 28, 2033

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Marc J. Randazza__ Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__8991 West Flamingo Road, Suite B__
(street address)

__Las Vegas__       __Nevada__       __89147__
(city)              (state)          (zip code)

__(702) 420-2001__          __ecf@randazza.com__
(area code + telephone number)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Marc J. Randazza_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kimberley Brock, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12265                    ecf@randazza.com
Bar number               Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: October 23, 2025

5

Rev. 5/16

**Attachment**

| Jurisdiction | Date | Bar No. |
|---|---|---|
| State of North Carolina | 3/22/03 | 30604 |
| State of South Carolina | 10/16/07 | 75815 |
| US District Court for the District of South Carolina | 10/29/07 | |
| US Court of Appeals for the Fourth Circuit | 8/21/08 | |
| US District Court for the Eastern District of North Carolina | 9/15/16 | |
| US District Court for the Western District of North Carolina | 9/7/18 | |
| US District Court for the Middle District of North Carolina | 9/12/18 | |
| US Court of Appeals for the Ninth Circuit | 8/25/21 | |
| US Court of Appeals for the DC Circuit | 4/6/22 | |
| US District Court for the District of Colorado | 8/9/24 | |
| US Court of Appeals for the Tenth Circuit | 1/24/25 | |
| Supreme Court of the United States | 2/24/25 | 324048 |
| US Court of Appeals for the Second Circuit | 3/23/25 | |

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Joshua W. Dixon (Joshua W. Dixon) was duly sworn and admitted as an attorney in this state on October 16, 2007 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
**CLERK**

Columbia, South Carolina

October 23, 2025

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.



# NORTH CAROLINA STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Joshua Wallace Dixon
Bar # 30604

was licensed to practice law by the State of North Carolina on March 22, 2003.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 23rd of October, 2025.

Secretary of the North Carolina State Bar

