**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KIMBERLEY BROCK,

      **Plaintiff,**

    **vs.**

CLARK COUNTY SCHOOL DISTRICT and KIRSTEN SEARER, in her official capacity as Chief Community Engagement Officer for Clark County School District,

      **Defendants.**

**Case No.: 2:25-cv-01991-ART-NJK**

**ORDER GRANTING**

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Kimberley Brock ("Plaintiff") and Defendants Clark County School District ("CCSD") and Kirsten Searer (with CCSD, the "Defendants") (collectively, the "Parties"), jointly stipulate that this action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and LR 7-1.

Pursuant to a settlement agreement between the Parties executed on or about March 6, 2026 (the "Settlement Agreement"), Plaintiff has been unblocked from the official Clark County School District X (formerly Twitter) account, @ClarkCountySch and the Parties have agreed that her social media use moving forward will be subject to the revised Terms of Use published and implemented

---

Stipulation and Order to Dismiss      - 1 -      Case No.: 2:25-cv-01991-ART-NJK

by CCSD in February 2026. CCSD has agreed that any future changes or revisions to the aforementioned Terms of Use will not cause them to revert to or materially replicate the prior terms of use as stated in Plaintiff's Complaint.

**IT IS THEREFORE STIPULATED AND AGREED BETWEEN THE PARTIES** that this matter, and all claims asserted herein, be dismissed with prejudice and that attorneys' fees and costs be handled pursuant to the Settlement Agreement.

Dated: April 13, 2026.

/s/ Ronald D. Green
Joshua W. Dixon (*admitted pro hac vice*)
Courtney Corbello (*admitted pro hac vice*)
CENTER FOR AMERICAN LIBERTY
2145 14th Avenue, Suite 8
Vero Beach, FL 32960
Tel: (703) 687-6200
JDixon@LibertyCenter.org
CCorbello@LibertyCenter.org

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Suite B
Las Vegas, NV 89147
Tel: (702) 420-2001
ecf@randazza.com
rdg@randazza.com
*Attorneys for Mrs. Kimberley Brock*

Dated: April 13, 2026.

/s/  Kerry E. Kleinman
Mark E. Ferrario, NV Bar No. 01625
Kara B. Hendricks, NV Bar No. 07743
Kerry E. Kleiman, NV Bar No. 14071
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Tel: (702) 792-3773
ferrariom@gtlaw.com
hendricksk@gtlaw.com
kerry.kleiman@gtlaw.com
*Attorneys for Defendants*

# **ORDER**

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(2) and LR 7-1.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

_____

ANNE R. TRAUM

UNITED STATES DISTRICT JUDGE

DATED: April 14, 2026